UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHALA POWELL | CIVIL ACTION |
| VERSUS | NUMBER: 07-5554 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION: "I"(5) |

**O R D E R**

The Court, having considered the briefs, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of defendant to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's case is remanded to the Commissioner for further consideration of plaintiff's applications at the fourth step of the sequential analysis and, if appropriate, at the fifth step.

New Orleans, Louisiana, this 31st day of March, 2009.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE